IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

THOMAS NATHAN PICKETT                                             PETITIONER

VS.                                CIVIL ACTION NO.: 5:15CV98-KS-RHW

PELICIA HALL, Commissioner,
Mississippi Department of Corrections                             RESPONDENT

## ORDER

This matter came before the Court on a *sua sponte* review of the records of the Mississippi Department of Corrections, which revealed that the Petitioner, Thomas Nathan Pickett, is no longer an inmate. It has been reported that Pickett died earlier this year; however, the Court has not received a Suggestion of Death or any other document verifying that Pickett is dead, and this case may be dismissed.

**IT IS, THEREFORE, ORDERED** that, on or before August 25, 2017, the Respondent report to the Court whether Pickett is still in the custody of the Mississippi Department of Corrections, and, if not, whether he is incarcerated in another prison system or whether he is deceased.

**IT IS FURTHER ORDERED** that, if Pickett is deceased, Respondent file a Suggestion of Death, along with the appropriate documentation verifying Pickett's death, on or before August 25, 2017.

**IT IS SO ORDERED**, this the 7th day of August, 2017.

                                                            s/Keith Starrett
                                                  UNITED STATES DISTRICT JUDGE